JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| OMOYI MVUEMBA,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES;<br>DOES 1–100, inclusive,<br><br>            Defendants. | Case No. 2:14-cv-01126-ODW(PLAx)<br><br>**JUDGMENT FOR DEFENDANT COUNTY OF LOS ANGELES** |

In light of the Court's Order Granting Defendant's Motion for Summary Judgment (ECF No. 47), the Court **ORDERS** that judgment be entered as follows:

1. Judgment for DEFENDANT COUNTY OF LOS ANGELES and against PLAINTIFF OMOYI MVUEMBA;

2. Each party to bear their own attorneys' fees and costs;

3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

December 29, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**